**State of:** New York
**Court:** U.S. District
**County/District:** Southern Dist.
**Index No.:** 25-CV-9423
**Date Filed:** 11/12/2025

**Affirmation of Service**

**Plaintiff(s):** CAYLA LYSTER

**Defendant(s):** AMAZON.COM SERVICES, LLC

KYLE WARNER, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of NEW YORK

On NOVEMBER 17, 2025 at 3:30PM, I served the SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CLASS ACTION COMPLIANT

to **AMAZON.COM SERVICES, LLC**

at. c/o CSC 80 STATE STREET, ALBANY, NY 12207

in the manner indicated below:

**CORPORATE SERVICE**: By delivering a true copy of said documents to LEGAL REPRESENTATIVE OF CSC, an Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of AMAZON.COM SERVICES, LLC and received an affirmative reply. An approximate description is as follows:

Gender FEMALE Race WHITE Hair BLACK Approx.Age 21 - 35 YRS. Approx.Height 5' 4" - 5' 8"
Approx. weight OVER 200 LBS. Other ______

I affirm on NOVEMBER 17, 2025, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X ______
KYLE WARNER

Attorney File # **25-CV-9423** 2546219