# Morgan Lewis

**Michael S. Burkhardt**
Partner
+1.215.963.5130
michael.burkhardt@morganlewis.com

January 2, 2026

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *Cayla Lyster v. Amazon.com Services LLC*, No. 1:25-cv-09423 (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant Amazon.com Services LLC in the referenced action. Pursuant to Rule 2(C) of Your Honor's Individual Practices, we write to request a one-week extension of Defendant's time to respond to the complaint—*i.e.*, from January 9, 2026 to January 16, 2026. In support of this extension, counsel for Defendant states that due to the holidays, office closures, prescheduled travel, and intervening deadlines in other matters, an additional week is necessary for Defendant to finalize its response to the complaint. Granting this extension would have no impact on other deadlines in this action, including on the Initial Conference, scheduled for January 16, 2026. We reached out to Plaintiff's counsel this morning and they are noncommittal on their position on this request as they were unwilling to agree before the parties conduct a Rule 26(f) conference. At best, this conference will take place next week. Counsel for Defendant did not want to make a last-minute request to the Court for a short extension that should have no bearing on the overall case schedule. This is Defendant's second request for an extension of time to respond to the Complaint.

Thank you for your time and attention to this matter.

Respectfully submitted,

*s/ Michael Burkhardt*
Michael Burkhardt

c: All Counsel of Record (Via ECF)