**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CAYLA LYSTER, *on behalf of herself and all persons similarly situated*,

Plaintiffs,

-against-

AMAZON.COM SERVICES, LLC,

Defendants.

**Case No. 1:25-cv-09423-VEC**

**ORAL ARGUMENT REQUESTED**

**NOTICE OF AMAZON.COM SERVICES, LLC'S**
**MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 16, 2026, and the pleadings and proceedings had herein, Defendant Amazon.com Services, LLC, by and through its attorneys Morgan, Lewis & Bockius LLP, hereby moves this Court, before the Honorable Valerie E. Caproni, at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 20C, New York, NY 10007-1312, for an Order dismissing certain of the claims asserted in Plaintiff's Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Michael S. Burkhardt*

Michael S. Burkhardt
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5130
michael.burkhardt@morganlewis.com

Brian D. Berry (*pro hac vice forthcoming*)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
brian.berry@morganlewis.com

*Attorneys for Defendant Amazon.com Services, LLC*

**CERTIFICATE OF SERVICE**

I, Michael S. Burkhardt, hereby certify that true and correct copies of (1) Defendant's Notice of Motion to Dismiss and (2) the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss were served via ECF on this 16th day of February 2026.

*/s/ Michael S. Burkhardt*
Michael S. Burkhardt