Morgan Lewis

**Michael S. Burkhardt**
Partner
+1.215.963.5130
michael.burkhardt@morganlewis.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

July 8, 2026

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re:*** ***Lyster v. Amazon.com Services LLC*****, No. 1:25-cv-9423-VEC**

Your Honor:

We represent Defendant Amazon.com Services LLC in the referenced action. Pursuant to Rule 2(c) of Your Honor's Individual Practices, we write with Plaintiff's consent to request an adjournment of the conference currently scheduled for July 10, 2026 at 10:00 a.m. As grounds for this request, counsel for Defendant will need to attend a funeral scheduled for that date.

The parties have conferred and are available July 13-14, 22-24, or 27-31, if any of those dates is available for the Court. Granting this adjournment would have no impact on the other deadlines in this action, and this is Defendant's first request for an adjournment.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Michael S. Burkhardt*
Michael S. Burkhardt

Application GRANTED. The July 10, 2026, conference is ADJOURNED to **Tuesday, July 14, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Valerie Caproni 7/8/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE