UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAYLA LYSTER, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | : | 25-CV-09423 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS, on July 14, 2026, the parties appeared for a status conference.

IT IS HEREBY ORDERED that discovery is STAYED except as to the extent additional discovery has already been authorized by the Court. *See* Dkt. 37.

IT IS FURTHER ORDERED that, consistent with the parties' agreement to conduct a settlement conference, the Court will, by separate order, refer the parties to their assigned Magistrate Judge in order to conduct such conference. Not later than **seven days** after the settlement conference, the parties must file a letter either informing the Court that a settlement has been reached or proposing a timeline to complete any outstanding discovery and to brief Plaintiff's anticipated motion for class certification.

**SO ORDERED.**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**

**Date: July 14, 2026**
**New York, New York**