Morgan Lewis

**Brian Berry**
Partner
+1.415.442.1176
brian.berry@morganlewis.com

September 24, 2026

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re:*** ***Lyster v. Amazon.com Services LLC*****, No. 1:25-cv-9423-VEC**

Your Honor:

We represent Defendant Amazon.com Services LLC in the above-referenced action. Pursuant to the Order dated July 14, 2026, ECF No. 42, we write with Plaintiff's consent to jointly propose the following schedule to complete outstanding discovery and brief Plaintiff's anticipated motion for class certification:

| **Event** | **Date** |
| --- | --- |
| Close of Fact Discovery | January 29, 2027 |
| Initial Expert Disclosures (if any) | March 19, 2027 |
| Rebuttal Expert Disclosures (if any) | April 9, 2027 |
| Close of Expert Discovery | April 23, 2027 |
| Motion for Class Certification | May 7, 2027 |
| Opposition | June 4, 2027 |
| Reply | June 18, 2027 |

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Brian D. Berry*
Brian D. Berry